**Mark James KONSAVICH,**
**Petitioner-Appellant,**

v.

**MEEKS, Warden FCI Williamsburg,**
**Respondent-Appellee.**

**No. 17-6485**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 27, 2017

Decided: August 1, 2017

Mark James Konsavich, Appellant Pro Se.

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark James Konsavich appeals the district court's order adopting the magistrate judge's report and recommendation and dismissing his 28 U.S.C. § 2241 (2012) petition without prejudice. We have reviewed the record and find no reversible error. Accordingly, although we grant Konsavich leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Konsavich v. Meeks*, No. 1:16-cv-01829-RBH, 2017 WL 835353 (D.S.C. Mar. 3, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*